**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HEATHER GREENE** **PLAINTIFF**

**v.** **No. 3:25-cv-89-DPM**

**JAMES HARRIS, in his individual capacity; MARK AUTHEMENT; in his individual capacity; and THE CITY OF LEPANTO, ARKANSAS** **DEFENDANTS**

**ORDER**

Much about Greene's Responding Rule 56.1 Statement is commendable, *e.g., ¶¶ 23–37.* But, there is also lots of argument, including citations to authority. *E.g., ¶¶ 1–2, 4–6, 9–14, 17, 61–62, 92, 98, 100–101, 105, 110, 114, 119–120.* The Statement and Responding Statement are not the place for argument. LOCAL RULE 56.1(a)–(b); *Doc. 6 at 3–4.* That is the brief's job. Substituted Responding Statement due by 18 September 2026. Defendants' reply, and any response to Greene's additional stated facts due ten calendar days after Greene files her Substituted Responding Statement.

So Ordered.

D.P. Marshall Jr.
United States District Judge

8 September 2026